IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00232-WDM

UNITED STATES OF AMERICA,
    Plaintiff,
v.

DEBI J. SHELTON a/k/a DEBI MONDRAGON,
    Defendant,
and

JAMES CULWELL,
DONNA CULWELL, and
EMILY CULWELL,
    Garnishees.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff United States of America's ("USA") "Motion to Dismiss Writ of Garnishment" (filed May 18, 2007) (doc. # 13). Pursuant to the Special Order of Reference dated May 23, 2007 (doc. # 14), this matter was referred to the Magistrate Judge. The USA represents that the Defendant has paid the underlying debt in full and aks that the Writ of Continuing Garnishment filed May 8, 2007 (doc. # 12) be dismissed. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Plaintiff United States of America's ("USA") "Motion to Dismiss Writ of Garnishment" (filed May 18, 2007) (doc. # 13) is GRANTED.

    2.    The Writ of Continuing Garnishment filed May 8, 2007 (doc. # 12) is

hereby DISMISSED.

Dated at Denver, Colorado this 23rd day of May, 2007.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge